**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6360**

ANTHONY LEE MCNAIR,

Plaintiff - Appellant,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; RICHMOND CORRECTIONAL CENTER; CENTRAL PRISON; HYDE CORRECTIONAL INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03227-FL)

Submitted:  September 19, 2024                    Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Lee McNair, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee McNair appeals from the district court's order denying his post-judgment motions for relief or release and to amend his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *McNair v. N.C. Dep't of Pub. Safety*, No. 5:22-ct-03227-FL (E.D.N.C. Mar. 28, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*